UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRIDGE GOLDE,

Plaintiff,

v.

Case No. 2:26-cv-1151-KCD-NPM

SHERIFF DAVID HARDIN, IN HIS OFFICIAL CAPACITY; GLADES COUNTY SHERIFF'S OFFICE, DEPUTY ROBERT TUTO, IN HIS OFFICIAL CAPACITY; DEPUTY JOHN DOE 2, IN HIS OFFICIAL CAPACITY; CLERK OF COURT TAMI P. SIMMONS, IN HER OFFICIAL CAPACITY; AND GLADES COUNTY ANIMAL CONTROL,

Defendants.
_______________________________/

**ORDER**

The Court entered an order instructing Plaintiff to pay the filing fee or face dismissal. (Doc. 11.) That deadline passed without any activity. Ignoring the Court's orders is grounds for dismissal. "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10. Similarly, the Court has the "inherent power" to dismiss a case for lack of prosecution under its authority to manage its docket. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

Plaintiff was warned that failure to pay the filing fee would result in dismissal. (Doc. 11.) Accordingly, it is now **ORDERED**:

1. Plaintiff's claims are dismissed without prejudice for failure to prosecute.

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending deadlines, and close the case.

**ORDERED** in Fort Myers, Florida on July 27, 2026.

Kyle C. Dudek
United States District Judge